

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00546-CV

_____

IN RE ELISA LOURINDA LYLES, Relator

_____

Original Proceeding
Probate Court No. 1 of Tarrant County, Texas
Trial Court No. 2010-PR01022-1-A

_____

Before Kerr, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of injunction and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of injunction is denied. The temporary injunction granted on December 6, 2024 is hereby lifted.

Per Curiam

Delivered: December 30, 2024